CHAPTER 13 PLAN

Case No.: 17-04277

| Debtor(s): | Curtis Johnson | SS#: **XXX-XX-6360** | Net Monthly Earnings: | **$950.00** |
| | **Albretta Marie Johnson** | SS#: **xxx-xx-1221** | Number of Dependents: | **0** |

1. Plan Payments:

☐ weekly ☐ bi-weekly ☐ semi-monthly ☒ monthly

( **X** ) Debtor(s) propose to pay direct a total of $ **950** into the plan; or

( ) Payroll deduction Order: To _____ for $ _____ ☐ weekly ☐ bi-weekly ☐ semi-monthly ☐ monthly.

☒ Chapter 13 filing fees will be paid through the chapter 13 trustee assigned to the case.

Length of plan is approximately **60** months, and the total amount of debt to be distributed by the Trustee is approximately $ **42,144**.

II. From the payments received, the trustee shall make disbursements pursuant to the Bankruptcy Code including:

A. PRIORITY CLAIMS (INCLUDING ADMINISTRATIVE EXPENSES AND SUPPORT) [See § 1322(a)(2)]

The following priority claims, if allowed, will be paid in full unless creditor agrees otherwise:

| CREDITOR | TYPE OF PRIORITY | SCHEDULED AMOUNT | MONTHLY PAYMENT |
|---|---|---|---|
| None | | | |

B. Total Attorney Fee: $ **3,000**; **$600** paid pre-petition; $1,300 to be paid at confirmation, $495 for **2** months and $110 for one month.

C. The holder of each SECURED claim shall retain the lien securing such claim until a discharge is granted and such claim shall be paid in full with interest in deferred cash payments as follows:

1. Long Term Debts:

| Name of Creditor | Total Amount of Debt | Amount of regular payment to be paid | Regular Payments to begin: Month/Year | Arrears to be paid by Trustee | Months included in arrearage amount | Proposed Interest Rate on Arrearage | Proposed Fixed Payment on Arrearage |
|---|---|---|---|---|---|---|---|
| Wells Fargo Home Mtg | $116,717 | ☐ by Trustee ☒ by Debtor $698 | November, 2017 | $8,000.00 | Oct, 2017 | 0% | $154 |

2. Secured Debts (not long term debts) to be paid through Trustee:

| Name of Creditor | Adequate Protection Payments | Total Amount of Debt | Debtor's Value | Unsecured Portion | Description of Collateral | Proposed Interest Rate | Proposed fixed Payments | Fixed Payment to Begin |
|---|---|---|---|---|---|---|---|---|
| **Santander Consumer USA** | $231 | $30,641.00 | $23,025.00 | $7,616.00 | 2013 Ram 1500 | 5% | $657 | April, 2018 |

III. Other debts (not shown in 1 or 2 above) which Debtor(s) propose to pay direct:

| Name of Creditor | Total Amount of Debt | Amount of Regular Payment | Description of Collateral | Reason for Direct Payment |
|---|---|---|---|---|
| | | | | |

IV. Special Provisions:

☒ This is an original plan.

☐ This is an amended plan replacing plan dated ____.

☒ This plan proposes to pay unsecured creditors **100** %.

☒ Other Provisions: Attorney fees for Debtor's attorney shall be paid with monthly fixed payments pursuant to Administrative Order 11-01.

☒ Other Provisions: Should Debtor receive any proceeds from any lawsuit over and above applicable exemptions, said funds will be paid to the Chapter 13 Trustee.

Attorney for Debtor Name/Address/Telephone #
**/s/ CINDEE DALE HOLMES**
**1909 5TH AVENUE NORTH**
**SUITE 200**
**BIRMINGHAM, AL 35203**
Telephone # **205-254-3664**

Date **10/23/2017**

**/s/Curtis Johnson**
Debtor
Signature of Debtor
**/s/ Albretta Marie Johnson**
Joint Debtor
Signature of Joint Debtor

Software Copyright (c) 1996-2006 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                        Best Case Bankruptcy