IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| CURTIS JOHNSON | ) | CHAPTER 13 |
| Debtor | ) | |
| ALBRETTA JOHNSON | ) | CASE NO.: 17-04277-DSC |
| Joint Debtor | ) | |
| | ) | |

## AMENDED MOTION TO TEMPORARILY REDUCE PAYMENTS

COMES NOW the Debtor(s), by and through their attorney, Cindee Dale Holmes, and respectfully requests this Honorable Court to Temporarily Reduce their Debtor's Court payment for six (6) months beginning with November, 2017 thru April, 2018, and to resume May, 2018. As grounds therefore the Debtor would show as follows:

1. The Debtor's case was confirmed on December 28, 2017.

2. The Joint Debtor was involved in an auto accident where she is to receive a settlement.

3. The Debtors request a reduction of their payments for six (6) months beginning with November, 2017 thru April, 2018, in the amount of $475 monthly to give time for the lawsuit settlement to be approved and paid into the chapter 13 case.

4. During the six (6) month reduction the Debtor requests to change the fixed payment to Santander Consumer, USA, Claim# 001 from $231 to $367. To change the fixed payment to Wells Fargo Bank, Claim# 002 from $154 to $75. Suspend all attorney fee payments to Cindee Dale Holmes until the case resumes full payments.

4. If the lawsuit isn't settled or approved within the six (6) months (November, 2017 – April, 2018), the Debtors will resume the Debtor's court payments at $1,500 monthly beginning in May, 2018.

WHEREFORE, PREMISES CONSIDERED, the Debtors respectfully requests this Honorable Court to temporarily reduce their Debtors Court payment to $475 for six (6) months, including changing the fixed payment to Santander Consumer, USA, Claim# 001 from $231 to $367, changing the fixed payment to Wells Fargo Bank, Claim# 002 from $154 to $75, suspend any attorney fee payments to Cindee Dale Holmes until the case resumes full payments, then if the lawsuit settlement hasn't come thru and been approved at the end of the six (6) months, the Debtors will resume payments in the amount of $1,500 monthly, and any other or further relief this Honorable Court deems reasonable.

/s/ Cindee Dale Holmes
CINDEE DALE HOLMES
1909 5th Avenue North, Suite 200
Birmingham, Alabama 35203
(205)254-3664

## CERTIFICATE OF SERVICE

      I hereby certify that I have served a copy of the above and foregoing Motion to Temporarily Reduce Payments to the parties listed below via electronic filing (ECF) and by placing a copy of the same in the United States mail, properly addressed and first class postage prepaid, on this the 12th day of March, 2018.

**ALL CREDITORS ON MATRIX**

/s/Cindee Dale Holmes
CINDEE DALE HOLMES

Chapter 13 Trustee
P.O. Box 10848
**Birmingham, AL 35202**